IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SAFECO INSURANCE COMPANY
OF ILLINOIS                                                                                                           PLAINTIFF

v.                                                                    CAUSE NO. 1:17-cv-00067-LG-RHW

THE ESTATE OF CONCEPCION
MATUTE, DECEASED, et al.                                                                                DEFENDANTS

### ORDER DISMISSING CERTAIN ADDITIONAL DEFENDANTS

**BEFORE THE COURT** is the Second Motion to Dismiss Certain Defendants [67] filed by the plaintiff Safeco Insurance Company of Illinois. The Court, being aware that this is an interpleader action, having reviewed the motion and exhibits thereto, and having fully considered the same, finds that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Second Motion to Dismiss Certain Defendants [67] filed by the plaintiff Safeco Insurance Company of Illinois is **GRANTED**. The following Defendants are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs:

1. Lacy Snow;
2. South Mississippi Emergency Physicians, P.A.;
3. SMB Radiology, P.A.;
4. Mississippi Farm Bureau Casualty Insurance Company;
5. Brenda Winburn; and
6. Clifford Winburn.

**SO ORDERED AND ADJUDGED** this the 31st day of July, 2017.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge

SUBMITTED BY:

Gregg A. Caraway, (MSB #8443)
Clifford K. (Ford) Bailey, III (MSB #1686)
WELLS MARBLE & HURST, PLLC
300 Concourse Blvd., Suite 200
Ridgeland, Mississippi 39157
Telephone: (601) 605-6900
Facsimile: (601) 605-6901
Email:<u>gcaraway@wellsmar.com</u>
      <u>fbailey@wellsmar.com</u>