IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS | PLAINTIFF |
| v. | CAUSE NO. 1:17-cv-00067-LG-RHW |
| THE ESTATE OF CONCEPCION MATUTE, DECEASED, et al. | DEFENDANTS |

## ORDER DISMISSING CERTAIN DEFENDANT

**BEFORE THE COURT** is the Third Motion to Dismiss Certain Defendant [72] filed by the plaintiff Safeco Insurance Company of Illinois. The Court, being aware that this is an interpleader action, having reviewed the motion and exhibits thereto, and having fully considered the same, finds that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Third Motion to Dismiss Certain Defendant [72] filed by the plaintiff Safeco Insurance Company of Illinois is **GRANTED**. The defendant Stone County Hospital Inc., is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs

**SO ORDERED AND ADJUDGED** this the 9th day of August, 2017.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge